O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2601-AHM<br>Bk. Case No. 1:11-BK-10426-VK | Date | December 6, 2012 |
|---|---|---|---|
| Title | In re MARCIANO | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys NOT Present for Plaintiffs:      Attorneys NOT Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

One of Debtor-Appellant Georges Marciano's main arguments in this appeal is that the bankruptcy court's order was erroneous in light of a previous ruling of the Superior Court of Québec. That ruling, however, was reversed by the Court of Appeal of Québec on October 23, 2012. Although Bankruptcy Trustee David K. Gottlieb filed a notice of that decision in another appeal, neither party filed any notice in the current appeal. This failure caused the Court to expend substantial time and effort unnecessarily.

Accordingly, both parties are hereby ORDERED to show cause why their respective attorneys should not be sanctioned $250 for their failure to notify the Court of this material development. The parties must respond in not more than five pages by noon on December 13, 2012.

_____ : _____

Initials of
Preparer                          SMO