UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-02601-AHM<br>Bk. Case No. 1:11-BK-10426-VK | Date | December 20, 2012 |
|---|---|---|---|
| Title | In re MARCIANO | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court discharges both the December 6, 2012 Order directed to Debtor-Appellant's counsel (Dkt. 29) and the December 6, 2012 Order directed to both sides' counsel (Dkt. 30). The Court, however, admonishes Debtor's counsel to be mindful of the need to be both candid and accurate in *all* his multiple, voluminous (and often unnecessarily verbose) filings.

|  | : |
|---|---|
| Initials of Preparer | SMO |

cc: **Bankruptcy Court**